1981). Even if an order has important procedural consequences, it is not appealable if it does not determine the rights or liabilities of the parties. *In re Ingram Towing Co.* 59 F.3d 513, 517 (5th Cir.1995).

The denial of the motion for exoneration and return of the Attorneys' contributions to the fund does not determine their rights or liabilities. It does not determine whether the Attorneys have a substantive right to the money. The district court will determine the Attorneys' claim to the funds at the conclusion of the litigation. If the Attorneys are not justly compensated they can appeal the distribution at that time. Accordingly, because the rights or liabilities of the parties were not determined by the denial of this motion, this Court does not have jurisdiction to hear this interlocutory appeal. It is hereby DISMISSED for lack of jurisdiction.

Mark L. Nichols, Assistant US Attorney, US Attorney's Office, Amarillo, TX, for Plaintiff–Appellee.

Derek Taylor, pro se, Adelanto, CA, for Defendant–Appellant.

Before DAVIS, EMILIO M. GARZA, and DENNIS, Circuit Judges.

PER CURIAM.*

The Federal Public Defender appointed to represent Derek Taylor on direct appeal has filed a motion to withdraw and a brief pursuant to *Anders v. California,* 386 U.S. 738, 744, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Taylor has not filed a response. Our independent review of the brief and the record discloses no nonfrivolous issue in this direct appeal. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.

UNITED STATES of America,
Plaintiff–Appellee,

v.

Derek TAYLOR, Defendant–Appellant.

No. 03–10467.
Conference Calendar

United States Court of Appeals,
Fifth Circuit.

DECIDED: Dec. 10, 2003.

UNITED STATES of America,
Plaintiff–Appellee,

v.

Tomas FRANCISCO–GOMEZ,
Defendant–Appellant.

No. 03–40865
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Dec. 10, 2003.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.